Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste 150
San Diego, CA  92108-3426
Tel:    619/758-1891
Fax:    619/296-2013
dpk@sessions-law.biz

Attorneys for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| Robert Parrish, | ) Case No. 2:10-CV-02713-GEB-EFB |
|---|---|
| Plaintiff, | ) JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| vs. | |
| NCO Financial Systems, Inc., | |
| Defendant. | |

    Defendant NCO Financial Systems, Inc., and Plaintiff Robert Parrish, through their designated counsel of record, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1), and jointly move this court for an order of dismissal with prejudice.

/ / /

/ / /

This stipulation and joint motion for dismissal with prejudice is based on the fact that the parties have resolved this action in its entirety.  As part of said resolution, the parties agree to dismiss this action, in its entirety, with prejudice.  The parties request that the court retain jurisdiction for purposes of enforcement of the settlement.

                                          Respectfully submitted,

Dated: July 25, 2011         SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                          */s/Debbie P. Kirkpatrick*
                                          Debbie P. Kirkpatrick
                                          Attorney for Defendant
                                          NCO Financial Systems, Inc.

Dated: July 25, 2011         KROHN & MOSS, LTD

                                          */s/Nicholas Bontrager*
                                          Nicholas Bontrager
                                          Attorney for Plaintiff
                                          Robert Parrish